■ MICHELE GRAY, Appellant, v LAWRENCE JAEGER, D.O., et al., Respondents. [868 NYS2d 521]

304

On a prior appeal (17 AD3d 286 [2005]), this Court struck defendants' answer. As a result, they are now foreclosed from pursuing discovery in preparation for the inquest (*see Hall v Penas*, 5 AD3d 549 [2004]), including a physical examination of plaintiff. Concur—Friedman, J.P., McGuire, Acosta, DeGrasse and Freedman, JJ.